```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 30, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SYDNEY TALLEY, et al.,            :
                                  :
              Plaintiffs,         :   20 Civ. 4074 (VM)
                                  :
    - against -                   :   **ORDER**
                                  :
TZUMI ELECTRONICS LLC,            :
                                  :
              Defendant.          :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than April 30, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

**SO ORDERED.**

Dated:    New York, New York
          30 March 2021

                                          _____
                                          Victor Marrero
                                          U.S.D.J.

1