USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SYDNEY TALLEY and LORI ERVIN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

TZUMI ELECTRONICS LLC,

                Defendant.
------------------------------------------------------------------x

Civil Action No. 20 CV 4074 (VM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for plaintiffs Sydney Talley and Lori Ervin, on the one hand, and Defendant Tzumi Electronics LLC, on the other hand, that all claims by and against all parties to this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

*[SIGNATURE PAGE FOLLOWS]*

Dated: New York, New York
August 30, 2022

By: *s/ Todd S. Garber*
   TODD S. GARBER

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, New York 10605
Telephone: (914) 298-3290
Facsimile: (914) 298-3290
tgarber@fbfglaw.com
gblankinship@fbfglaw.com
bsilverman@fbfglaw.com

William F. Cash, III (admitted pro hac vice)
Brenton J. Goodman (admitted pro hac vice)
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BREIN, BARR
& MOUGEY, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
850-435-7059
bcash@levinlaw.com
bgoodman@levinlaw.com

*Attorneys for Plaintiffs*

By: *s/ Jeffrey J. Greenbaum*
   JEFFREY J. GREENBAUM

SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
Telephone: 212-643-7000
Facsimile: 212-643-6500
jgreenbaum@sillscummis.com
jhowley@sillscummis.com

*Attorneys for Defendant*

The Clerk of the Court is hereby ordered to close the case and terminate any pending motions or deadlines.

**SO ORDERED:**

_____
Victor Marrero
U.S.D.J.

Dated: 7 September 2022

2